JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY AYALA, an Individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COX AUTOMOTIVE, INC., a Delaware Corporation; MANHEIM REMARKETING, INC., a Delaware Corporation; GREATER NEVADA AUTO AUCTIONS, LLC, a Delaware Limited Liability Corporation; SCOTT HURST, an Individual; and DOES 1 through 100, inclusive,,<br><br>　　　　　Defendant. | Case No. 2:16-cv-06341-CJC-AS<br><br>**JUDGMENT ON SPECIAL VERDICT**<br><br>Trial:　September 4-6, 2018<br>Court:　9B |

| | |
|---:|:---|
| 1 | This action came on for trial commencing on September 3, 2018 before the |
| 2 | Honorable Cormac J. Carney in Courtroom 9B of the United States District Court |
| 3 | for the Central District of California. Plaintiff Jeffrey Ayala was represented by |
| 4 | Shegerian & Associates. Defendant Greater Nevada Auto Auctions, LLC |
| 5 | ("GNAA") was represented by Sheppard, Mullin, Richter & Hampton, LLP. A jury |
| 6 | of 8 persons was impaneled and sworn. Witnesses were sworn and testified. |
| 7 | After hearing all of the evidence, the jury was instructed by the Court and |
| 8 | arguments were given by counsel. The matter was then submitted to the jury with |
| 9 | directions to return a verdict on special issues presented to them on a Special |
| 10 | Verdict. The jury deliberated and thereafter rendered its verdict as follows: |
| 11 | |
| 12 | **AGE DISCRIMINATION/WRONGFUL DISCHARGE** |
| 13 | 1. Was Jeffrey Ayala's age a substantial motivating reason for Greater Nevada Auto Auctions, LLC's decision to terminate his employment? |
| 14 | |
| 15 | Answer:    Yes __    No  X |
| 16 | If your answer to Question 1 is "Yes," then go to 2. If your answer to Question 1 is "No," then do not answer any more questions and the presiding juror should sign and date this Verdict. |
| 17 | |
| 18 | Because the jury unanimously responded "No" to question 1, no further questions |
| 19 | were answered and the Defendant GNAA was entitled to judgment. |
| 20 | NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that |
| 21 | Plaintiff Jeffrey Ayala take nothing from Defendant GNAA and, accordingly, |
| 22 | Defendant GNAA is hereby awarded its costs of suit. |
| 23 | JUDGMENT IS HEREBY ORDERED. |
| 24 | |
| 25 | DATED: September 19, 2018 |
| 26 | |
| 27 | _____ U.S. District Court Judge |
| 28 | |